# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. a minor, through his Guardian ad Litem, JENNIFER CASTELLANOS,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-00479-DOC-ADS<br>*Assigned to Hon. David O. Carter*<br><br>**ORDER TO GIVE PLAINTIFF ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT AND DENYING MOTION TO REMAND WITHOUT PREJUDICE (Dkt.16) [18]**<br><br>**Complaint Filed:** 8/17/2023<br>**Trial Date:** None |

Based on the stipulation of the parties and for good cause shown, the Court hereby ORDERS that:

1. Plaintiff L.C., a minor through his guardian ad litem Jennifer Castellanos, will file an amended complaint no later than May 10, 2024;

2. Defendant County of Orange will not be required to file a response to

25808

1

**ORDER TO GIVE PLAINTIFF ADDITIONAL TIME TO FILE AMENDED COMPLAINT**

Plaintiff's original complaint that was filed on August 17, 2023;

    3.    Defendant County of Orange will file a response to Plaintiff's amended complaint within 21 days of service of the same.

    4.    The Court DENIES Defendant's motion to remand (Dkt. 16) WITHOUT PREJUDICE. Defendant may file a new motion if appropriate at a later date based on Plaintiff's amended complaint.

**IT IS SO ORDERED.**

Dated: April 3, 2024

*David O. Carter*

HONORABLE DAVID O. CARTER